# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOSHUA WILLIAMS

v.                               NO. 3:09CV00069 SWW

CRITTENDEN COUNTY, ARKANSAS, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that all claims have been settled,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 1st day of April, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE